Opinion issued February 20, 2003 














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01072-CR

____________


KELVIN DWANE REVILS, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 176th District Court

Harris County, Texas

Trial Court Cause No. 900956






MEMORANDUM OPINION

 Appellant filed a motion to dismiss the appeal and a motion to issue
mandate immediately. The motions are granted.

 The motion to dismiss complies with Rule 42.2(a) of the Texas Rules of
Appellate Procedure. We have not yet issued a decision. Accordingly, the appeal is
dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue mandate immediately. Tex. R.
App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Higley.

Do not publish. Tex. R. App. P. 47.2(b).